## IRA ENO *versus* ANAN HARMON

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Motion for judgment *p. 185; (2) motion overruled, rule to plead *p. 185; (3) leave to withdraw plea, rule for special bail or procedendo *p. 210; (4) continued *p. 254; (5) rule for judgment *p. 276.

PAPERS IN FILE: (1) Precipe for habeas corpus cum causa; (2) writ of habeas corpus; (3) transcript of county court record; (4) declaration; (5) plea of non assumpsit; (6) Recognizance; (7) plea of non assumpsit; (8) precipe for subpoena; (9) subpoena; (10) precipe for execution ca. sa.; (11) writ of ca. sa. and return; (12–13) precipes to suspend service of ca. sa.; (14) request to file notice; (15) notice of set off of personal property and proof of service; (16) precipe for execution fi. fa.; (17) draft of certificate; (18) bail piece; (19) memo. re case in county court; (20) promissory note; (21) copy of promissory note.

*Office Docket*, MS p. 124, c. 31. (Case 84 of 1820) Recorded in *Book A*, MS pp. 497–506.